1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HOLLOWAY, ) | Civil No. 07cv1625 WQH(RBB) |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING EARLY NEUTRAL |
| ) | EVALUATION CONFERENCE, SETTING |
| v. ) | RULE 26 COMPLIANCE AND NOTICE |
| ) | OF CASE MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA; SAN ) | |
| DIEGO UNIFIED PORT DISTRICT; ) | |
| DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On September 28, 2007, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

    2.   The rule 26(f) conference shall be completed on or before October 22, 2007.

    3.   No discovery plan is required.

    4.   The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before November 5, 2007.

    5.   Counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into a settlement shall appear in person on January 28, 2008, at 1:30 p.m. in the chambers of United States Magistrate Judge Ruben B. Brooks, U.S. Courts Building, 940 Front Street, Room 1185, San Diego, California, 92101-8926, for a further settlement conference.

    Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

    Failure of any counsel or party to comply with this order may result in sanctions.

    IT IS SO ORDERED.

DATED: October 1, 2007

RUBEN B. BROOKS
United States Magistrate Judge

cc:
Judge Hayes
All Parties of Record