UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HOLLOWAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 07 cv 1625 WQH (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DATE FOR MANDATORY SETTLEMENT CONFERENCE** |

　　　On January 22, 2008, Plaintiff HEATHER HOLLOWAY and Defendants UNITED STATES OF AMERICA and SAN DIEGO UNIFIED PORT DISTRICT presented a joint motion to continue the mandatory settlement conference presently scheduled for January 28, 2008 to February 19, 2008 or any date that is convenient for the court.  Based on the motion, it is hereby **ORDERED** that the January 28, 2008 settlement conference is continued to **February 19, 2008, at 2:00 p.m.**

DATED: January 24, 2008

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ruben Brooks
　　　　　　　　　　　　　　　　　　　　　　　　RUBEN B. BROOKS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge